

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2021

No. 04-20-00599-CV

**IN THE MATTER OF THE MARRIAGE OF CARLOS Y. BENAVIDES, JR. AND LETICIA R. BENAVIDES**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2-A
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The Appellant's First Unopposed Motion for Extension of Time to File Reply Brief is hereby GRANTED. Time is extended until October 13, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2021.



_____
Michael A. Cruz,
Clerk of Court